

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,967

**GERALD MARSHALL, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON DIRECT APPEAL FROM A MOTION TO RECUSE FILED IN CAUSE NO. 948591 IN THE 180TH DISTRICT COURT HARRIS COUNTY

*Per Curiam*.

## O P I N I O N

This is a direct appeal of the denial of a motion to recuse filed in the 180th District

Court of Harris County, Cause No. 948591, styled The State of Texas v. Gerald Marshall.

Appellant's appeal is untimely and is, therefore, dismissed.

Do not publish
Delivered: October 8, 2008